UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

IN RE: Chase Allen Walsworth                                                    CASE NO: 12-12161
       Amy Michelle Walsworth

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Todd S. Johns, Standing Chapter 13 Trustee, who reports the following:

(1)

That pursuant to code section 347(a) of Title 11, ninety (90) days after the final distribution under Section 1326, the Trustee shall stop payment on any check remaining unpaid and any remaining property of the estate shall be paid into the Court for disposal under Chapter 129 of Title 28.

(2)

That in the above styled matter, ninety (90) days or more have passed since final distribution was made and pursuant to Rule 3011, the name of party to whom such non-negotiated distribution check was issued, the amount of the check and the creditor's last known address is as follows:

Chase Allen Walsworth & Amy Michelle Walsworth
132 Oak St.
Castor, LA 71016

(3)

The Trustee's check for $1,361.96 payable to the Clerk, U.S. Bankruptcy Court has been mailed contemporaneously with this notice.

Respectfully submitted this 21st day of December, 2016.

/s/ Todd S. Johns
Todd S. Johns
Chapter 13 Trustee
Post Office Box 1770
Shreveport, Louisiana  71166
Phone - (318)673-8244
Fax - (318)673-8254

Void Ck 150530, Debtor Refund